```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                               Case No. 18-05220-HWV
Walter H Burke, Jr                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: REshelman            Page 1 of 1            Date Rcvd: Mar 13, 2019
                               Form ID: orcnfpln          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 15, 2019.
db             +Walter H Burke, Jr,    2425 Berkshire Lane,    Dover, PA 17315-4613

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 13, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Debtor 1 Walter H Burke, Jr cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com
              James    Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Walter H Burke Jr, | Chapter 13 |
| **Debtor 1** | Case No. 1:18–bk–05220–HWV |

## Order Confirming Chapter 13 Plan

The Chapter 13 Plan was filed on December 13, 2018. The Plan, or summary of the Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Chapter 13 Plan is confirmed.

Dated: March 13, 2019

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: REshelman, Deputy Clerk

orcnfpln(05/18)