United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                               Case No. 18-05220-HWV

Walter H Burke, Jr                                     Chapter 13

       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                                                     Page 1 of 3
Date Rcvd: Jan 25, 2022                 Form ID: 3180W                                              Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter H Burke, Jr, 2425 Berkshire Lane, Dover, PA 17315-4613 |
| 5140459 | | BJ's/Comenity Mastercard, P.O. Box 659834, San Antonio, TX 78265-9134 |
| 5164140 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5140466 | | Legendary Pine/Gander Mtn., P.O. Box 659569, San Antonio, TX 78265-9569 |
| 5155383 | + | M&T BANK, P.O. BOX 1508, BUFFALO, NY 14240-1508 |
| 5140468 | | M&T Bank Legal Document Processing, P.O. Box 844, Buffalo, NY 14240-0844 |
| 5140469 | | Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17108-0946 |
| 5140475 | + | Toyota Financial Services, P.O. Box 5856, Carol Stream, IL 60197-5856 |
| 5155877 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5140460 | | EDI: CAPITALONE.COM | Jan 25 2022 23:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5158112 | + | Email/Text: RASEBN@raslg.com | Jan 25 2022 18:48:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5164446 | + | EDI: CITICORP.COM | Jan 25 2022 23:48:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5140462 | | EDI: WFNNB.COM | Jan 25 2022 23:48:00 | Comenity Bank, Attn: Bankruptcy Dept., P.O. Box 182125, Columbus, OH 43218-2125 |
| 5140463 | | EDI: WFNNB.COM | Jan 25 2022 23:48:00 | Comenity Capital Bank, Attn: Bankruptcy Dept., P.O. Box 183043, Columbus, OH 43218-3043 |
| 5140464 | | Email/Text: bankruptcy.notices@hdfsi.com | Jan 25 2022 18:48:00 | Harley Davidson Credit Corp., Attn: Rider Services, P.O. Box 22048, Carson City, NV 89721-2048 |
| 5164140 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 25 2022 18:48:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5140465 | | EDI: IRS.COM | Jan 25 2022 23:48:00 | Internal Revenue Service, Bankruptcy Section, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5140461 | | EDI: JPMORGANCHASE | Jan 25 2022 23:48:00 | Chase/Amazon, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 5140467 | | EDI: RMSC.COM | Jan 25 2022 23:48:00 | Lowes/Synchrony Bank, P.O. Box 530914, Atlanta, GA 30353-0914 |
| 5163752 | | EDI: PRA.COM | Jan 25 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5141400 | + | EDI: RECOVERYCORP.COM | Jan 25 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5161620 | | EDI: Q3G.COM | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 5161619 | | EDI: Q3G.COM | Jan 25 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| | | | Jan 25 2022 23:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5140470 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2022 18:48:00 | Quicken Loans, P.O. Box 6577, Carol Stream, IL 60197-6577 |
| 5149918 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 25 2022 18:48:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5140471 | | EDI: CITICORP.COM | Jan 25 2022 23:48:00 | Sears Mastercard, P.O. Box 9001055, Louisville, KY 40290-1055 |
| 5142326 | | Email/Text: bankruptcy@bbandt.com | Jan 25 2022 18:48:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5140472 | | Email/Text: bankruptcy@bbandt.com | Jan 25 2022 18:48:00 | Sheffield Financial, P.O. BOx 580229, Charlotte, NC 28258-0229 |
| 5140473 | | EDI: RMSC.COM | Jan 25 2022 23:48:00 | Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 5140474 | + | EDI: CITICORP.COM | Jan 25 2022 23:48:00 | The Home Depot - Credit Services, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 5155877 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jan 25 2022 18:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2022          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Craig A. Diehl | on behalf of Debtor 1 Walter H Burke Jr cdiehl@cadiehllaw.com, jhanawalt@cadiehllaw.com;r51336@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |

| | |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Quicken Loans Inc. bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Walter H Burke Jr <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8562 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–05220–HWV | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Walter H Burke Jr

1/25/22

**By the court:**

/s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**