Check No. 2011053

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 17-02949-HWV | 999-0 | STEPHEN STONER | | 0.00 | 333.92 | 0.00 | 333.92 |
| | | Original Check written to: STEPHEN STONER and JANE STONER, P.O. BOX 322, 40 MILE TRAIL, FAIRFIELD, PA 17320 | | | | | |
| 18-02282-HWV | 999-0 | CRYSTAL LYNN SANDIDGE | | 0.00 | 61.77 | 0.00 | 61.77 |
| | | Original Check written to: CRYSTAL LYNN SANDIDGE, 404 STATE STREET, ENOLA, PA 17025-3032 | | | | | |
| 18-03005-HWV | 999-0 | GARY DEVOR | | 0.00 | 12.86 | 0.00 | 12.86 |
| | | Original Check written to: GARY DEVOR, 103 CENTRAL WAY, SHIPPENSBURG, PA 17257-8793 | | | | | |
| 18-05220-HWV | 999-0 | WALTER H BURKE, JR. | | 0.00 | 3.26 | 0.00 | 3.26 |
| | | Original Check written to: WALTER H BURKE, JR., 2425 BERKSHIRE LANE, DOVER, PA 17315 | | | | | |
| 19-03403-MJC | 999-0 | DOUGLAS S. RUCKLE | | 0.00 | 14.63 | 0.00 | 14.63 |
| | | Original Check written to: DOUGLAS S. RUCKLE and TARA LYNN RUCKLE, 188 GREAT BEND TPKE, SUSQUEHANNA, PA 18847-7318 | | | | | |